IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM TONIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-606 |
| ) | Judge Joy Flowers Conti |
| THE COMMUNITY COLLEGE ) | Magistrate Judge Lisa Pupo Lenihan |
| OF BEAVER COUNTY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff's Complaint was received by the Clerk of Court on April 21, 2004 and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Defendant's Motion for Summary Judgment was filed on May 26, 2005, and the Magistrate Judge's Report and Recommendation filed on October 4, 2005 recommended that said Motion for Summary Judgment be granted. Service was made on all parties. No objections to the Report and Recommendation were filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 28th day of October, 2005:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment be granted.

The Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

/s/ Joy Flowers Conti
Hon. Joy Flowers Conti
United States District Judge

Dated: October 28, 2005

Albert A. Torrence, Esq.
640 Fourth St.
Fourth St. Professional Bldg.
Beaver, PA  15009
Counsel for Plaintiff

Anthony G. Sanchez, Esq.
Todd P. Prugar, Esq.
Andrews & Price
Suite 506
1500 Ardmore Blvd.
Pittsburgh, PA  15221
Counsel for Defendant